UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| KENNETH TIDWELL, Individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:11-cv-2732-JFA |
| GILL COMPANIES, LLC ) | |
| A Foreign Limited Liability Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER AND DEFAULT JUDGMENT

In accordance with the hearing held on January 10, 2013, **IT IS HEREBY ORDERED** that Plaintiff's Motion For Entry Of Judgment After Default (ECF No. 27) is **GRANTED**.

**IT IS FURTHER ORDERED** that Judgment by default pursuant Fed. R. Civ. P. 55(b) is entered in favor of Plaintiff against Gill Companies, LLC. Plaintiff is awarded the following relief:

1. Plaintiff shall recover from Defendant a total of $11,786.84, consisting of:

   a. Attorney fees in the amount of $8,670.00 for 20.4 hours of work at an hourly rate of $425;

   b. Paralegal fees in the amount of $299.00 for 2.6 hours of work at an hourly rate of $115.00;

   c. Costs of $1,080.04 which includes cost of service in locating the Defendant; and

   d. Expert fees of $1,737.80 for the initial expert report by ADA Compliance Team, Inc.

2. The Court finds the aforementioned hourly fees are a reasonable hourly rate for an experienced ADA attorney, and that the hours incurred in this matter were reasonable and necessary.

3. Within **twelve (12) months** of the date of this Order and Default Judgment, Defendant shall commence and complete removal of the architectural barriers on the property operated as Sandlewood Plaza, located at 1807 Decker Boulevard, Columbia, South Carolina, in order to make said property compliant with the ADA.

4. Plaintiff may apply for additional relief, as needed, to enforce the relief granted herein.

    IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

January 16, 2013                          Joseph F. Anderson, Jr.
Columbia, South Carolina             United States District Judge